1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

EASTERN DIVISION

10

11 DIANE LaVETTE HARRIS, )  CASE NO.: EDCV 18-01618-FFM
          )
12      Plaintiff, )  [~~PROPOSED~~] ORDER AWARDING
          )  EAJA FEES
13      v.   )
          )
14 ANDREW SAUL[1], Commissioner of )
 Social Security Administration, )
15           )
     Defendant. )
16 _____ )

17    Based upon the parties' Stipulation for Award and Payment of Equal Access

18 to Justice Act (EAJA) Fees ("Stipulation"),

19    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

20 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND NINE

21 HUNDRED SEVENTY-NINE DOLLARS and 67/cents ($2,979.67), as authorized

22 by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

23 Stipulation.

24 DATED: April 6, 2020   /s/ Frederick F. Mumm
          HONORABLE FREDERICK F. MUMM
25          UNITED STATES MAGISTRATE JUDGE

26

27

28    [1] Andrew Saul is now the Commissioner of the Social Security Administration. Pursuant
to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for
Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to
be taken to continue this suit by reason of the last sentence of section 205(g) of the Social
Security Act, 42 U.S.C. § 405(g).

1